IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PAUL GRACAN and STACY LYNN GRACAN,<br><br>          *Plaintiffs*,<br><br>v.<br><br>FORD MOTOR COMPANY and FIDELITY WARRANTY SERVICES, INC.,<br><br>          *Defendants*. | Civil Action No. 2:21-cv-1212<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 1st day of December 2021, IT IS HEREBY ORDERED that Defendant Fidelity Warranty Services, Inc.'s partial Motion to Dismiss (ECF No. 7) is GRANTED. Count VI of Plaintiffs' Complaint (ECF No. 1-1) is DISMISSED IN ITS ENTIRETY WITH PREJUDICE due to Plaintiffs' failure to respond to Defendant's motion and their failure to respond to the Court's November 17, 2021 Order to Show Cause.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE